## STATE OF CONNECTICUT *v.* PHILIP MANN

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 345 (AC 26957), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Ruth Daniella Weissman,* special public defender, in support of the petition.

*Denise B. Smoker,* senior assistant state's attorney, in opposition.

Decided September 21, 2007

## CHARLES D. MIERZEJEWSKI *v.* CRARY BROWNELL

The plaintiff's petition for certification for appeal from the Appellate Court, 102 Conn. App. 413 (AC 26990), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*William Howard* and *David J. Tycz,* in support of the petition.

*Scott W. Jezek,* in opposition.

Decided September 21, 2007

## LEROY A. HUTTON *v.* COMMISSIONER OF CORRECTION

The petitioner Leroy A. Hutton's petition for certification for appeal from the Appellate Court, 102 Conn. App. 845 (AC 27876), is denied.

*Sandra J. Crowell,* assistant public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided September 21, 2007